**Patrick M. LEWIS, Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Appellee.**

No. 01–211.

United States Court of Appeals for Veterans Claims.

April 24, 2003.

James W. Stewart, Washington, DC, for Appellant.

Ralph G. Stiehm, Arlington, VA, for Appellee.

Before FARLEY, IVERS, and STEINBERG, Judges.

**ORDER**

PER CURIAM:

On January 7, 2003, the Court granted, in part, the appellant's application for attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. On February 12, 2003, the Court granted the appellant's motion for an extension of time to file a motion pursuant to Rule 35 of this Court's Rules of Practice and Procedure. On March 5, 2003, the appellant filed a motion for a decision by a panel. On March 13, 2003, he filed a motion for a stay pending the resolution of *Abbey v. Principi*, No. 01–501. Upon consideration of the foregoing, it is

ORDERED that the appellant's motion for a decision by a panel is denied.

STEINBERG, Judge, dissenting:

For the following reasons, I voted to grant the appellant's March 5, 2003, motion for a panel decision: (1) I believe that the additional evidence (at least five affidavits are new) submitted by the appellant in his motion for a panel decision (Motion at 7–8, Attachments A–E) warrants the panel's consideration and (2) in the pending case of *Abbey v. Principi*, No. 01–501, the Court issued an order directing the appellant there to file a memorandum "that explains why the prevailing market rate in this case should not be $90 per hour", *Abbey v. Principi*, 16 Vet.App. 543, 544 (2002) (per curiam order), and I believe that a similar order should be issued in the instant case. Hence, I also vote to grant the appellant's March 13, 2003, motion for a stay pending the resolution of *Abbey, supra.*